JUDGE BATTS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA      :

      - v. -             :    INDICTMENT

HECTOR FLORES, JR.,           :    07 Cr. 612
  a/k/a "Hector Flores,"
                            :

          Defendant.
                            :

- - - - - - - - - - - - - - - - x

COUNT ONE

The Grand Jury charges:

On or about April 4, 2007, in the Southern District of New York, HECTOR FLORES, JR., a/k/a "Hector Flores," the defendant, after having been convicted in a court of a crime punishable by imprisonment for a term exceeding one year, to wit, a conviction on or about May 6, 2002, in Bronx Supreme Court, for criminal possession of a weapon in the third degree, a violation of New York State Penal Law 265.02, unlawfully, willfully, and knowingly, did possess in and affecting commerce, a firearm, to wit, a loaded 9mm Sig sauer that previously had been shipped and transported in interstate commerce.

(Title 18, United States Code, Section 922(g)(1).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney