UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
UNITED STATES OF AMERICA,



        -against-                07 Cr. 612 (DAB)
                                       ORDER

HECTOR FLORES, JR.,

                Defendant.
------------------------------------X
DEBORAH A. BATTS, United States District Judge

    The Court is in receipt of the Government's motion to exclude time dated July 13, 2007 and Defendant's written objection dated July 18, 2007. Pursuant to 18 U.S.C. §§ 3161(h)(1)(F) & (J), the Court excludes time while this Motion is <u>sub judice</u> until August 13, 2007.

SO ORDERED.

Dated:    New York, New York
           July 18, 2007

                                                  _____
                                                  DEBORAH A. BATTS
                                                  United States District Judge