USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/01/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
UNITED STATES OF AMERICA,

        -against-                  07 Cr. 612 (DAB)
                                       ORDER

HECTOR FLORES, JR.,

        Defendant.
----------------------------------------x
DEBORAH A. BATTS, United States District Judge

    Upon review of the papers, the Court has determined that the Government's papers are not specifically detailed to the facts of this case to permit a determination by the Court. While the reasons set forth by the Government have merit generally, the letter is lacking specifics about how those reasons relate to the specifics of this case. Accordingly, the Government shall submit on or before August 9, 2007 a letter brief setting forth details specific to this case. Defense Counsel shall respond on or before August 15, 2007, at which point the matter will then be ripe for adjudication by the Court.

    Accordingly, time is further excluded until September 15, 2007.

SO ORDERED.

Dated:    New York, New York
            August 1, 2007

                                              *Deborah A. Batts*
                                              DEBORAH A. BATTS
                                         United States District Judge