# Federal Defenders
## OF NEW YORK, INC.

Appeals Bureau
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Leonard F. Joy
*Executive Director and Attorney-in-Chief*

Appeals Bureau
Barry D. Leiwant
*Attorney-in-Charge*

September 5, 2007

**MEMO ENDORSED**

Honorable Deborah A. Batts
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/5/07

Re: **United States v. Hector Flores**
    07 Cr. 612 (DAB)

Your Honor:

Mr. Flores intends to enter a plea of guilty to the above-captioned indictment. Pursuant to the suggestion of your chambers, we request that the guilty plea be scheduled for September 17, 2007.

Pursuant to Title 18, U.S.C. sec. 3161(h)(8)(A), Mr. Flores requests that the time between the filing of this letter and September 17th, 2007 be excluded in the interests of justice to permit counsel for Mr. Flores to review the government's *Pimentel* letter with Mr. Flores.

granted /DAB/

Respectfully submitted,

MARK B. GOMBINER
Attorney for Hector Flores

MBG/kj

cc: Michael Rosensaft, Esq.
    Assistant United States Attorney

**SO ORDERED**

*Deborah A. Batts*
DEBORAH A. BATTS
UNITED STATES DISTRICT JUDGE

Sept. 5, 2007

TOTAL P.002